IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>JAIME CHRISTIAN RAMOS<br>Defendant | CRIMINAL 11-0192CCC |

**ORDER**

Having considered the Report and Recommendation filed on April 9, 2012 (**docket entry 38**) on a Rule 11 proceeding of defendant Jaime Christian Ramos held before U.S. Magistrate Judge Marcos E. López on April 4, 2012, to which no opposition has been filed, the same is APPROVED. The Court FINDS that defendant's plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment. However, as the parties' plea agreement is of the type specified in Fed. R. Crim. P. 11(c)(1)(C), the Court will defer its decision on whether to accept it until it has reviewed the Presentence Report as permitted by Fed. R. Crim. P. 11(c)(3)(A).

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since April 4, 2012. The **sentencing hearing is set for July 11, 2012 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on April 27, 2012.

S/CARMEN CONSUELO CEREZO<br>
United States District Judge