IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff

vs

JAIME CHRISTIAN RAMOS
Defendant

CRIMINAL 11-0192CCC

**ORDER**

Having considered the Report and Recommendation filed on June 11, 2013 (**docket entry 71**) on a Rule 11 proceeding of defendant Jaime Christian Ramos held before U.S. Magistrate Judge Camille L. Vélez-Rivé on June 3, 2013, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since June 3, 2013. The **sentencing hearing is set for September 3, 2013 at 4:30 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on June 28, 2013.

S/CARMEN CONSUELO CEREZO
United States District Judge